■ ESTELLE HANDEL, Respondent, v. BERNARD HANDEL, Appellant.—
Motion by appellant to stay, pending appeal, the payments of temporary
alimony as directed by the order appealed from, denied. Nolan, P. J.,
Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of MICHAEL BROWNE, Respondent, v. NEW YORK
STATE BOARD OF PAROLE et al., Appellants.— Motion by respondent to add
appeal to the December Term Calendar granted; appeal added to the calendar
for December 2, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.,
concur.

■ ELIZABETH KAMEN, Respondent, v. SAMUEL E. KAMEN, Defendant,
and ROBERT R. KAUFMAN, Appellant.— Motion by appellant to extend his
time to perfect the appeal granted; time extended to the January Term,
commencing January 3, 1961. The appeal is ordered on the calendar for
said term. Appellant is directed to file and serve the record and his brief
on or before December 20, 1960. Cross motion by respondent to dismiss
appeal denied on condition that appellant perfect the appeal and be ready
to argue or submit it at the January Term, commencing January 3, 1961.
Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ABE SPIGNER, Respondent, v. PHILIP KUPERSMIT et al., Appellants.—
Motion to dismiss appeal denied. The appellants' time to perfect the appeal
is further extended to the January Term, beginning January 3, 1961. The
appeal is ordered on the calendar for said term. The appellants are directed
to serve and file the record and their brief on or before Decembr 19, 1960.
Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ WOLF STAHL, Individually and as a Stockholder of Stahl Soap Cor-
poration, on Behalf of Himself and in the Right of STAHL SOAP CORPORA-
TION, Respondent, v. ILBERT STAHL et al., Appellants.— Motion by respondent
to adjourn argument of the appeal and to extend time to serve and file his
brief, granted. The appeal is ordered on the calendar for the January
Term, beginning January 3, 1961. Respondent's brief is directed to be served
and filed on or before December 20, 1960. Nolan, P. J., Beldock, Ughetta,
Kleinfeld and Christ, JJ. concur.

# (December 2, 1960)

■ FRANK BEAUSOLEIL, Respondent, v. FRANK ZACCARO, Appellant.—
Motion by appellant for a stay, pending appeal from order, of all proceed-
ings thereunder, granted, on condition that appellant perfect the appeal and
be ready to argue or submit it at the February Term, beginning January
30, 1961. The appeal is ordered on the calendar for said term. The record
and appellant's brief must be served and filed on or before January 9, 1961.
Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ETHEL KANNALEY, as Administratrix of the Estate of WILLIAM J.
KANNALEY, Deceased, Respondent, v. MARY WEISS et al., Appellants.—
Motion by respondent to dismiss appeal denied, on condition that appellants
perfect the appeal and be ready to argue or submit it at the January Term,
beginning January 3, 1961. The appeal is ordered on the calendar for
said term. The record and appellants' brief must be served and filed on or
before December 20, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and
Christ, JJ., concur.